UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendant*. | Civil Action No. 23-3491 (CRC) |

**DEFENDANT'S CONSENT MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT**

By and through undersigned counsel, Defendant United States Citizenship and Immigration Services ("USCIS") respectfully moves to extend the deadline to respond to the Complaint in this matter by thirty days—i.e., until March 4, 2024. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows:

Plaintiff filed this suit on November 21, 2023, and served the U.S. Attorney's Office on or about December 5, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act by failing to timely process Plaintiff's requests for records relating to applications for Special Immigrant Juvenile Status. *See* Compl. ¶¶ 5–12. Defendant's deadline to respond to the Complaint is currently February 2, 2024.

Defendant has been working diligently to search for and review documents that are potentially responsive to Plaintiff's two-part FOIA request at issue in this litigation. Defendant is currently reviewing records potentially responsive to the first part of Plaintiff's request. The second part of Plaintiff's request required a broader search than the first, and the agency is in the

process of collating the results of this search from across various responsive components of USCIS. Defendant hopes to complete processing these records in the additional time requested in this Motion.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's second request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to attempt to resolve this litigation short of protracted litigation. Given that Plaintiff has consented to this relief, no party will be prejudiced should the Court grant Defendant's request.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including March 4, 2024. A proposed order is enclosed herewith.

Dated: January 29, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR No. 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendant*. | Civil Action No. 23-3491 (CRC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including March 4, 2024, to respond to the Complaint in this action.

SO ORDERED:

_____                    _____
Dated                                                                                  CHRISTOPHER R. COOPER
                                                                                           United States District Judge