UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendant*. | Civil Action No. 23-3491 (CRC) |

**DEFENDANT'S MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT**

By and through undersigned counsel, Defendant United States Citizenship and Immigration Services ("USCIS") respectfully moves to extend the deadline to respond to the Complaint in this matter by thirty days—i.e., until June 4, 2024. The grounds for this motion are as follows:

Plaintiff filed this suit on November 21, 2023, and served the U.S. Attorney's Office on or about December 5, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act by failing to timely process Plaintiff's requests for records relating to applications for Special Immigrant Juvenile Status. *See* Compl. ¶¶ 5–12. Defendant's deadline to respond to the Complaint is currently May 6, 2024.

Defendant has completed processing all potentially responsive records located and released records to Plaintiff. Plaintiff informed Defendant on April 1, 2024, that was still in the process of reviewing Defendant's release. On April 24, 2024, having reviewed Defendant's release, Plaintiff provided Defendant a letter identifying several of Plaintiff's concerns regarding the records received. At the time this letter was received, Defendant's internal agency counsel was out of the

office; as a result, government counsel was not able to confer regarding Plaintiff's letter and Defendant's planned responses until May 2, 2024. On May 2, 2024, Defendant relayed the status of its review of the issues identified in Plaintiff's letter and requested an extension of its time to answer the Complaint to allow sufficient time for Defendant to work to address Plaintiff's concerns, including determining whether to release additional records or information to Plaintiff. Plaintiff responded on May 3, 2024, informing Defendant that it does not consent to this extension.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's fifth request for an extension in this matter. Since the Complaint's filing, government counsel has worked diligently toward resolving this matter short of protracted litigation. Given Plaintiff's current stance, Defendant must redirect its efforts toward preparing and filing an answer to the Complaint but requires a reasonable amount of time to do so. Granting the requested extension will not impact any other deadlines in the case.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including June 4, 2024. A proposed order is enclosed herewith.

Dated: May 3, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR No. 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529

Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendant*. | Civil Action No. 23-3491 (CRC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action and the entire record herein, and for good cause shown, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including June 4, 2024, to respond to the Complaint in this action.

SO ORDERED:

_____         _____
Dated                                                           CHRISTOPHER R. COOPER
                                                                        United States District Judge

4